

# United States District Court
# Northern District of Illinois

In the Matter of

Faculty, Alumni,

v.

Northwestern University, et. al

District Judge Sara L. Ellis

Case No. 24-CV-5558

Designated Magistrate Judge
Heather K. McShain

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR A REASSIGNMENT

I request the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my request are indicated on the bottom of this form.

*[signature: John J. Tharp Jr.]*

**Judge John J. Tharp Jr.**

Date: Wednesday, July 17, 2024

---

- IOP 13(f)(1) - I recuse myself from this case for the following reasons:
    28 USC 455(a)

Dated: Wednesday, July 17, 2024

District Reassignment - By Lot

..................................................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS: