IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Faculty, Alumni, and Students Opposed to Racial Preferences (FASORP),<br><br>Plaintiff(s),<br><br>v.<br><br>Northwestern University et al,<br><br>Defendant(s). | Case No.  24-cv-5558<br>Judge Sara L. Ellis |

## ORDER

Motions for leave to appear pro hac vice [2], [3], [4]. [5] and [8] are granted.  The initial status conference in this matter is set for 9/25/2024 at 9:30 a.m. The parties are directed to review the procedures and requirements for this conference on Judge Ellis' website and to submit the required Initial Status Report by 9/18/2024. Attorneys/Parties should appear for the hearing by calling the Toll-Free Number: (866) 434-5269, Access Code: 8087837. Members of the public and media will be able to call in to listen to this hearing (use toll-free number). Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

Date:  7/31/2024                                                                        /s/ Sara L. Ellis