IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FACULTY, ALUMNI, AND STUDENTS OPPOSED TO RACIAL PREFERENCES (FASORP),<br><br>                      Plaintiff,<br><br>  v.<br><br>NORTHWESTERN UNIVERSITY; HARI OSOFSKY, in her official capacity as dean of Northwestern University School of Law; SARAH LAWSKY, JANICE NADLER, AND DANIEL RODRIGUEZ, in their official capacities as professors of law at Northwestern University; DHEVEN UNNI, in his official capacity as editor in chief of the Northwestern University Law Review; JAZMYNE DENMAN, in her official capacity as senior equity and inclusion editor of the Northwestern University Law Review,<br><br>                      Defendants. | Case No. 24-cv-5558<br><br>District Judge Sara L. Ellis |

**DEFENDANTS' MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and for the reasons set forth in the accompanying memorandum of law, Defendants Northwestern University, Hari Osofsky, Sarah Lawsky, Janice Nadler, Daniel Rodriguez, Dheven Unni, and Jazmyne Denman respectfully move this Court to dismiss the Complaint, ECF No. 1, for lack of Article III standing or, alternatively, for failure to state a claim.

Defendants' counsel Danielle Conley held a telephone conference with Plaintiff's counsel Jonathan Mitchell at approximately 1:00PM CDT on September 6, 2024 to meet and confer

regarding this Motion. During that consultation, the parties made good faith attempts to resolve differences, but they were unable to reach an accord.

WHEREFORE, Defendants respectfully request that this Court dismiss the Complaint under Rule 12(b)(1) or Rule 12(b)(6).

Dated: September 9, 2024

Respectfully submitted,

By: /s/ *Danielle Conley*

Danielle Conley (*admitted pro hac vice*)
Jude Volek (*pro hac vice pending*)
Christine C. Smith (*pro hac vice pending*)
Jasmine D. Benjamin (*pro hac vice pending*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Phone: (202) 637-2200
Facsimile: (202) 637-2201
danielle.conley@lw.com
jude.volek@lw.com
christine.smith@lw.com
jasmine.benjamin@lw.com

Sean Berkowitz (ARDC No. 6209701)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611-3695
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
sean.berkowitz@lw.com

*Counsel for Defendants Northwestern University, Hari Osofsky, Sarah Lawsky, Janice Nadler, Daniel Rodriguez, Dheven Unni, and Jazmyne Denman*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2024, I filed the foregoing with the Clerk of Court by using the CM/ECF system and sent via electronic transmission to all parties of record.

/s/ *Danielle Conley*
Danielle Conley (*admitted pro hac vice*)