**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Faculty, Alumni, and Students Opposed to Racial Preferences (FASORP),<br><br>Plaintiff(s),<br><br>v.<br><br>Northwestern University et al.,<br><br>Defendant(s). | 24-cv-5558<br>Judge Sara L. Ellis |

**ORDER**

Motion for leave to appear pro hac vice [23] is granted.

Date: 9/27/2024  /s/ Sara L. Ellis