**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FACULTY, ALUMNI, AND STUDENTS OPPOSED TO RACIAL PREFERENCES (FASORP), <br><br> Plaintiff, <br><br> v. <br><br> NORTHWESTERN UNIVERSITY; HARI OSOFSKY, in her official capacity as dean of Northwestern University School of Law; SARAH LAWSKY, JANICE NADLER, AND DANIEL RODRIGUEZ, in their official capacities as professors of law at Northwestern University; DHEVEN UNNI, in his official capacity as editor in chief of the Northwestern University Law Review; JAZMYNE DENMAN, in her official capacity as senior equity and inclusion editor of the Northwestern University Law Review, <br><br> Defendants. | Case No. 24-cv-5558 <br><br> District Judge Sara L. Ellis |

## AGREED MOTION FOR THE ENTRY OF PROPOSED SCHEDULING ORDER

Plaintiffs filed a first amended complaint on Tuesday, October 1, 2024. The same day, the Court set a status conference for October 9 to discuss Defendants' response to Plaintiff's amended complaint and set a briefing schedule for a motion to dismiss. All parties now hereby move for the entry of the Proposed Scheduling Order, which would set a briefing schedule for a motion to dismiss in light of Plaintiff's first amended complaint. Under the Proposed Scheduling Order, Defendants' motion to dismiss is due by October 28, 2024; Plaintiff's response is due by November 25, 2024; and Defendants' reply is due by December 13, 2024. A Word version of the Proposed Scheduling Order has been sent to the Court's proposed order mailbox.

| | |
|---|---|
| Dated: October 8, 2024 | Respectfully submitted, |
| By: /s/ *Jonathan F. Mitchell* | By: /s/ *Danielle Conley* |
| Jonathan F. Mitchell<br>*Lead Trial Attorney*<br>Mitchell Law PLLC<br>111 Congress Avenue, Suite 400<br>Austin, Texas 78701<br>(512) 686-3940 (phone)<br>(512) 686-3941 (fax)<br>jonathan@mitchell.law<br><br>Judd E. Stone II (*admitted pro hac vice*)<br>Christopher D. Hilton (*admitted pro hac vice*)<br>Ari Cuenin (*admitted pro hac vice*)<br>Stone \| Hilton PLLC<br>1115 West Slaughter Lane<br>Austin, Texas 78748<br>(737) 465-3897 (phone)<br>judd@stonehilton.com<br>chris@stonehilton.com<br>ari@stonehilton.com<br><br>*Counsel for Plaintiffs* | Danielle Conley (*admitted pro hac vice*)<br>Jude Volek (*admitted pro hac vice*)<br>Christine C. Smith (*admitted pro hac vice*)<br>Jasmine D. Benjamin (*admitted pro hac vice*)<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004-1304<br>Phone: (202) 637-2200<br>Facsimile: (202) 637-2201<br>danielle.conley@lw.com<br>jude.volek@lw.com<br>christine.smith@lw.com<br>jasmine.benjamin@lw.com<br><br>Sean Berkowitz (ARDC No. 6209701)<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611-3695<br>Telephone: (312) 876-7700<br>Facsimile: (312) 993-9767<br>sean.berkowitz@lw.com<br><br>*Counsel for Defendants Northwestern University, Hari Osofsky, Sarah Lawsky, Janice Nadler, Daniel Rodriguez, Dheven Unni, and Jazmyne Denman* |