IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FACULTY, ALUMNI, AND STUDENTS OPPOSED TO RACIAL PREFERENCES (FASORP), <br><br>    Plaintiff, <br><br> v. <br><br> NORTHWESTERN UNIVERSITY; HARI OSOFSKY, in her official capacity as dean of Northwestern University School of Law; SARAH LAWSKY, JANICE NADLER, and DANIEL RODRIGUEZ, in their official capacities as Professors of law at Northwestern University; DHEVEN UNNI, in his official capacity as editor in chief of the Northwestern Law Review; JAZMYNE DENMAN, in her official capacity as senior equity and inclusion editor of the Northwestern Law Review, <br><br>    Defendants. | Case No. 24-cv-5558 <br><br> District Judge Sara Ellis |

**NOTICE OF CONSENT MOTION FOR LEAVE TO FILE AMICUS BRIEF**

PLEASE TAKE NOTICE that, on Tuesday November 26, 2024 at 9:45 a.m. proposed *amici curiae* Myriam Gilles and Paul Gowder will appear by the undersigned counsel, via the Court's remote conferencing facilities, and move this Court for leave to file the brief that is docketed in this matter as ECF Doc. No. 34-1 and entitled Brief of Amici Curiae Myriam Gilles and Paul Gowder in Support of Defendants. Counsel for both plaintiff FASORP and the Northwestern defendants have given their assent to the filing of the proposed amicus brief.

Dated: November 19, 2024

                                                                                                                        Respectfully submitted,

                                                                                                                       By: /s/ *Matthew S. Wild*_____
                                                                                                                       Matthew S. Wild
                                                                                                                       (Bar No. 2705457)
                                                                                                                       Gary B. Friedman
                                                                                                                       White Street Partners LLP
                                                                                                                       75 South Broadway, 4th Floor
                                                                                                                       White Plains NY 10601
                                                                                                                       (914) 690-8549
                                                                                                                       mwild@whitestreetpartners.com

                                                                                                                       *Counsel for Proposed Amici*

## CERTIFICATION

I hereby certify that on November 19, 2024 a true copy of the foregoing Notice of Motion was delivered electronically using the CM/ECF system to all counsel of record.

/s/ Matthew S. Wild
Matthew S. Wild (Bar No. 2705457)