IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FACULTY, ALUMNI, AND STUDENTS OPPOSED TO RACIAL PREFERENCES (FASORP)**, <br><br> Plaintiff, <br><br> v. <br><br> **NORTHWESTERN UNIVERSITY**, ET AL., <br><br> Defendants. | Case No. 1:24-cv-05558 <br><br> Judge Sara L. Ellis <br><br> Magistrate Judge Heather K. McShain |

**PLAINTIFF'S AGREED MOTION TO EXTEND TIME TO
RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff Faculty, Alumni, and Students Opposed to Racial Preferences ("FASORP"), through undersigned counsel, respectfully move for a 28-day extension of the deadline to respond to Defendants' Motion to Dismiss, ECF No. 32, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and a 46-day extension of Defendants' time to file a reply. The current schedule has Plaintiff's response due by November 25, 2024, and Defendants' reply, should they choose to reply, due by December 13, 2024. Plaintiff respectfully requests that the schedule be modified so that Plaintiff's response is due by December 23, 2024, with Defendants' reply due by January 28, 2025.

Plaintiff has conferred with Defendants, and Defendants consent to the requested relief subject to the parties' mutual agreement that Defendants will also be provided with the requested proportionate expansion of time to reply. No party objects to the requested relief. The extensions requested are supported by good cause, including Plaintiff's counsel experiencing an abnormally dense briefing schedule in other matters and an expedited bench trial in Texas that was scheduled after this case was initiated. This is Plaintiff's first request for an extension.

Dated: November 20, 2024

Respectfully submitted,

/s/ *Ryan T. Giannetti*
Ryan T. Giannetti*
Gene P. Hamilton*
Reed D. Rubenstein*
America First Legal Foundation
611 Pennsylvania Avenue SE #231
Washington, DC 20003
(202) 964-3721
ryan.giannetti@aflegal.org
gene.hamilton@aflegal.org
reed.rubenstein@aflegal.org

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Judd E. Stone II*
Christopher D. Hilton*
Ari Cuenin*
Stone | Hilton PLLC
1115 West Slaughter Lane
Austin, Texas 78748
(737) 465-3897 (phone)
judd@stonehilton.com
chris@stonehilton.com
ari@stonehilton.com

* *pro hac vice*

*Counsel for Plaintiff*