UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Faculty, Alumni, and Students Opposed to Racial Preferences (FASORP)**, Plaintiff, v. **Northwestern University**, et al., Defendants. | Case No. 1:24-cv-05558 Judge Sara L. Elllis |

### PLAINTIFF'S UNOPPOSED MOTION TO EXCEED PAGE LIMITS

Plaintiff Faculty, Alumni, and Students Opposed to Racial Preferences (FASORP) will be filing its response to the defendants' motion to dismiss (ECF No. 33) later today. FASORP respectfully moves for leave to exceed the 15-page limit allowed by Local Rule 7.1, and to file a brief of no more than 30 pages.

The defendants' motion to dismiss is 25 pages long and the Court granted the defendants leave to file a 25-page motion to dismiss on August 26, 2024 (ECF No. 13). The defendants' brief seeks dismissal on numerous independent grounds. And although FASORP has attempted to keep its response within 25 pages, it is unable to adequately respond to all of the defendants' arguments in 25 pages and respectfully seeks leave to file a brief of no more than 30 pages. We have conferred with counsel for the defendants and they are unopposed to this request.

Respectfully submitted.

| | |
|---|---|
| | /s/ Jonathan F. Mitchell |
| Judd E. Stone II* | Jonathan F. Mitchell |
| Christopher D. Hilton* | Mitchell Law PLLC |
| Ari Cuenin* | 111 Congress Avenue, Suite 400 |
| Stone \| Hilton PLLC | Austin, Texas 78701 |
| 1115 West Slaughter Lane | (512) 686-3940 (phone) |
| Austin, Texas 78748 | (512) 686-3941 (fax) |
| (737) 465-3897 (phone) | jonathan@mitchell.law |
| judd@stonehilton.com | |
| chris@stonehilton.com | |
| ari@stonehilton.com | |

Reed Rubinstein*
Ryan Giannetti*
America First Legal Foundation
611 Pennsylvania Avenue SE #231
Washington, DC 20003
(202) 964-3721
reed.rubinstein@aflegal.org
ryan.giannetti@aflegal.org

* admitted *pro hac vice*

Dated: December 23, 2024  *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I certify that on December 23, 2024, I conferred over e-mail with Jude Volek, counsel for the defendants, and he informed me that he is unopposed to this motion

                                       /s/ Jonathan F. Mitchell
                                       JONATHAN F. MITCHELL
                                       *Counsel for Plaintiff*

CERTIFICATE OF SERVICE

      I certify that on December 23, 2024, I served this document through CM/ECF upon:

DANIELLE CONLEY
JUDE VOLEK
CHRISTINE C. SMITH
JASMINE D. BENJAMIN
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
(202) 637-2200 (phone)
(202) 637-2201 (fax)
danielle.conley@lw.com
jude.volek@lw.com
christine.smith@lw.com
jasmine.benjamin@lw.com

SEAN BERKOWITZ
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611-3695
(312) 876-7700 (phone)
(312) 993-9767 (fax)
sean.berkowitz@lw.com

                                              /s/ Jonathan F. Mitchell
                                              JONATHAN F. MITCHELL
                                              *Counsel for Plaintiff*