UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| **Faculty, Alumni, and Students Opposed to Racial Preferences (FASORP)**,<br><br>                    Plaintiff,<br><br>v.<br><br>**Northwestern University**, et al.,<br><br>                    Defendants. | Case No. 1:24-cv-05558<br><br>Judge Sara L. Elllis |

## NOTICE TO THE COURT

Earlier today, the EEOC issued a right-to-sue letter to plaintiff Faculty, Alumni, and Students Opposed to Racial Preferences (FASORP), which allows FASORP to bring a Title VII claim against Northwestern University over its discriminatory faculty-hiring practices. The right-to-sue-letter is attached to this notice as Exhibit 1.

FASORP intends to seek leave to amend its complaint to add a Title VII claim. We have conferred with opposing counsel about this but their clients are out of the office for the holidays and will likely be unable to provide their position until next week. FASORP will promptly file a motion for leave to amend (or an amended complaint if the parties stipulate to the amendments under Rule 15(a)(2)) after we hear back from Northwestern's counsel, in accordance with this Court's meet-and-confer requirements.

1

Respectfully submitted.

/s/ Jonathan F. Mitchell

Judd E. Stone II*
Christopher D. Hilton*
Ari Cuenin*
Stone | Hilton PLLC
1115 West Slaughter Lane
Austin, Texas 78748
(737) 465-3897 (phone)
judd@stonehilton.com
chris@stonehilton.com
ari@stonehilton.com

Reed D. Rubinstein*
Ryan Giannetti*
America First Legal Foundation
611 Pennsylvania Avenue SE #231
Washington, DC 20003
(202) 964-3721
reed.rubinstein@aflegal.org
ryan.giannetti@aflegal.org

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940
(phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

* admitted *pro hac vice*

Dated: December 26, 2024

*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

I certify that on December 26, 2024, I served this document through CM/ECF upon:

Danielle Conley
Jude Volek
Christine C. Smith
Jasmine D. Benjamin
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
(202) 637-2200 (phone)
(202) 637-2201 (fax)
danielle.conley@lw.com
jude.volek@lw.com
christine.smith@lw.com
jasmine.benjamin@lw.com

Sean Berkowitz
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611-3695
(312) 876-7700 (phone)
(312) 993-9767 (fax)
sean.berkowitz@lw.com

/s/ Reed D. Rubinstein
Reed D. Rubinstein
*Counsel for Plaintiff*