# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **FACULTY, ALUMNI, AND STUDENTS OPPOSED TO RACIAL PREFERENCES (FASORP)**, *Plaintiff,* v. **NORTHWESTERN UNIVERSITY**, et al., *Defendants.* | Case No. 1:24-CV-5558 <br><br> District Judge Sara L. Ellis |

## MOTION TO WITHDRAW APPEARANCE OF
## GENE P. HAMILTON AS COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, attorney Gene P. Hamilton respectfully requests that this Court allow him to withdraw from representation of the plaintiff in the above-captioned matter. In support of this motion, counsel states as follows:

1. Attorney Gene P. Hamilton is imminently planning to leave his employment with America First Legal Foundation, so he will be unable to continue future participation in this matter.

2. Attorneys Jonathan F. Mitchell of Mitchell Law PLLC, Ari Cuenin, Christopher D. Hilton, and Judd E. Stone, II of Stone Hilton, PLLC, and Ryan T. Giannetti of America First Legal Foundation will continue to represent the plaintiff in this case.

3. Mr. Hamilton's withdrawal will not delay any proceedings in this case.

4. Counsel for the plaintiff has conferred with counsel for the defendants, who have represented that the defendants do not oppose this motion.

WHEREFORE, Mr. Hamilton respectfully requests that this Court enter an order allowing his withdrawal as counsel in this case.

Dated: January 17, 2025								Respectfully submitted.

/s/ Gene P. Hamilton
GENE P. HAMILTON*
Virginia Bar No. 80434
America First Legal Foundation
300 Independence Avenue SE
Washington, DC 20003
Tel: (202) 964-3721
Gene.Hamilton@aflegal.org

*Admitted pro hac vice

### CERTIFICATE OF SERVICE

I certify that on January 17, 2025, I electronically filed this motion with the Clerk of the Court by using the ECF system, which will send notification of such filing to all counsel of record. In accordance with Local Rule 5.9 and Fed. R. Civ. P. 5(b)(3), filing through the court's electronic case filing system constitutes adequate service of a true and accurate copy of the foregoing document.

Respectfully submitted.

/s/ Gene P. Hamilton
GENE P. HAMILTON