UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Faculty, Alumni, and Students Opposed to Racial Preferences (FASORP)**, <br><br> Plaintiff, <br><br> v. <br><br> **Northwestern University**, et al., <br><br> Defendants. | Case No. 1:24-cv-05558 <br><br> Judge Sara L. Ellis |

## NOTICE OF DISMISSAL

Plaintiff Faculty, Alumni, and Students Opposed to Racial Preferences (FASORP) dismisses its action without prejudice under Rule 41(a)(1)(A)(i). Each party will bear its own attorneys' fees, costs, and expenses.

Respectfully submitted.

/s/ Jonathan F. Mitchell

| | |
|---|---|
| JUDD E. STONE II* <br> CHRISTOPHER D. HILTON* <br> ARI CUENIN* <br> Stone \| Hilton PLLC <br> 1115 West Slaughter Lane <br> Austin, Texas 78748 <br> (737) 465-3897 <br> judd@stonehilton.com <br> chris@stonehilton.com <br> ari@stonehilton.com | JONATHAN F. MITCHELL <br> Mitchell Law PLLC <br> 111 Congress Avenue, Suite 400 <br> Austin, Texas 78701 <br> (512) 686-3940 <br> jonathan@mitchell.law <br><br> REED RUBINSTEIN* <br> RYAN GIANNETTI* <br> America First Legal Foundation <br> 611 Pennsylvania Avenue SE #231 <br> Washington, DC 20003 <br> (202) 964-3721 <br> reed.rubinstein@aflegal.org <br> ryan.giannetti@aflegal.org |
| * admitted *pro hac vice* | |
| Dated: January 10, 2025 | *Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I certify that on January 31, 2025, I served this document through CM/ECF upon:

Danielle Conley
Jude Volek
Christine C. Smith
Jasmine D. Benjamin
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
(202) 637-2200 (phone)
(202) 637-2201 (fax)
danielle.conley@lw.com
jude.volek@lw.com
christine.smith@lw.com
jasmine.benjamin@lw.com

Sean Berkowitz
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611-3695
(312) 876-7700 (phone)
(312) 993-9767 (fax)
sean.berkowitz@lw.com

                                             /s/ Jonathan F. Mitchell
                                             Jonathan F. Mitchell
                                             *Counsel for Plaintiff*